UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MISSOURI

SOUTHERN DIVISION

Larry LexxLou Flenoid II,

Living Man, sui juris, propria persona,

Plaintiff,

v. Case No. _____

Henry's Towing Service, LLC,

Greene County, Missouri,

Greene County Sheriff's Office,

Athens Program Insurance Services,

Defendants.

## CIVIL COMPLAINT FOR DAMAGES, INJUNCTIVE RELIEF, AND DECLARATORY JUDGMENT

(42 U.S.C. §1983; 18 U.S.C. §241–242; RICO; Conversion; UCC; Due Process)

Plaintiff files this Complaint for violations of federal civil rights, unlawful seizure of property, conversion, and deprivation of rights under color of law.

### I. INTRODUCTION

This action arises from the unlawful impoundment of Plaintiff's private vehicle and the refusal to allow Plaintiff to retrieve personal property, including property belonging to minor children and employer-owned equipment.

Defendants, acting individually and jointly, deprived Plaintiff of rights secured under the Fourth Amendment, Fourteenth Amendment, 42 U.S.C. §1983, and multiple federal criminal statutes, while also interfering with a perfected commercial security interest totaling $6,209,285.00.

## II. JURISDICTION

**Jurisdiction is proper under:**

28 U.S.C. §1331 (Federal Question)

28 U.S.C. §1343(a)(3) (Civil Rights)

28 U.S.C. §1367 (Supplemental Jurisdiction)

Article III of the U.S. Constitution

Venue is proper in this District because the events occurred in Greene County, Missouri.

## III. PARTIES

**Plaintiff**

Larry LexxLou Flenoid II, living man, sui juris, acting in propria persona.

**Defendants**

1. Henry's Towing Service, LLC, a Missouri towing contractor.

2. Greene County, Missouri, a political subdivision.

3. Greene County Sheriff's Office, acting under color of state law.

4. Athens Program Insurance Services, insurer involved in resolution and oversight.

## IV. FACTUAL ALLEGATIONS

Plaintiff incorporates all facts from the Affidavit of Facts & Damages (Exhibit B).

**Summarized:**

1. Vehicle impounded on 11/14/2025.

2. Property inside included sensitive, employer, and minor children's items.

3. Henry's Towing refused access, imposed contradictory conditions, and banned Plaintiff.

4. Sheriff's Office policy required Sheriff involvement but provided no remedy.

5. Plaintiff's perfected UCC liens were ignored.

6. Property continues to be unlawfully detained.

7. Plaintiff's rights were knowingly violated.

## V. CAUSES OF ACTION

COUNT I – 42 U.S.C. §1983 (Deprivation of Rights)

**Defendants, acting under color of law, deprived Plaintiff of:**

Property rights

Due process

Equal protection

Right to retrieve personal property

Right to remedy

### COUNT II – Fourth Amendment Violation (Unreasonable Seizure)

Prolonged denial of access to personal property is an unlawful seizure.

### COUNT III – Fourteenth Amendment Violation (Due Process)

Plaintiff received no notice, no process, no hearing, and no remedy.

### COUNT IV – Civil Conspiracy (18 USC §241–242)

Defendants collectively acted to cause harm by refusing access and obstructing retrieval.

### COUNT V – Conversion of Property

Personal property belonging to Plaintiff and his children remains wrongfully held.

## COUNT VI – UCC Article 9 Tort Injury

Plaintiff holds a perfected Commercial Tort Lien totaling $6,209,285.00.

Defendants ignored all notices and interfered with the secured interest.

## COUNT VII – Intentional Infliction of Emotional Distress

Due to harm to employment, parental duties, daily life, and reputational impact.

## VI. DAMAGES

**Plaintiff seeks:**

$6,209,285.00 in secured commercial damages

Additional compensatory damages

Punitive damages

Statutory damages under §1983

Injunctive relief

Declaratory relief

## VII. RELIEF REQUESTED

**Plaintiff demands:**

1. Immediate release of all personal property;

2. Monetary damages;

3. Court order prohibiting future interference;

4. Attorney fees (if applicable);

5. Jury trial.

## VIII. VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct.



*"This filing is tendered in mutual trust; the Public Body stands as Trustee, and the KlownLife Estate Trust PMA as Trust Protector, preserving rights and enforcing fiduciary compliance."*

**Notice to Agent is Notice to Principal; Notice to Principal is Notice to Agent.**

**So it is said, So it is enforced, So it is.**

**Attestation**

Issued this 24th day of Navemember_____, 2025 by authority vested in the Tribunal.

**Without Recourse, Without Prejudice, UCC 1-308 (UCC 1-207). All Rights Reserved.**

/s/Autograph/Red thumbprint: _____

Larry LexxLou Flenoid II: Doe (KL-001)

**Chief Justice, KlownLife Estate Trust PMA Tribunal**

    

**Address:**

Larry LexxLou Flenoid II / Agent

KlownLife Estate Trust PMA

c/o 11815 Nero Dr

Florissant, Missouri [63033]

(314) 557-6929

**Mailing Address (Alt.):**

c/o 4315 W. La Siesta

Springfield, Missouri [65802]

Email: KlownLifeEstateTrustPMA@gmail.com


**2 Witnesses Acknowledgment:**

Witness 1: _____  Date: 11/24/2025

Witness 2: Jalitha Allen  Date: 11-24-2025