UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MISSOURI

SOUTHERN DIVISION


Larry LexxLou Flenoid II,

Living Man, sui juris, propria persona,

Divine Executor & Beneficiary,

Plaintiff,


v. Case No. _____


Henry's Towing Service, LLC,

Greene County, Missouri,

Greene County Sheriff's Office,

Athens Program Insurance Services,

Defendants.


**FEDERAL CIVIL COMPLAINT**

**FOR DAMAGES, INJUNCTIVE RELIEF, DECLARATORY RELIEF & MANDAMUS**

42 U.S.C. §1983; 18 U.S.C. §§ 241–242; RICO; UCC; Due Process; Color-of-Law Abuses


**TABLE OF CONTENTS**

1. Jurisdiction & Venue

2. Statement of Emergency

3. Parties

4. Statement of Facts

5. Causes of Action

Count I – 42 U.S.C. §1983 (Deprivation of Rights)

Count II – Fourth Amendment (Unlawful Seizure)

Count III – Fourteenth Amendment (Due Process)

Count IV – Civil Conspiracy (18 USC 241–242)

Count V – Conversion

Count VI – UCC Article 9 Tort Injury

Count VII – RICO Predicate Acts

Count VIII – Intentional Infliction of Emotional Distress

Count IX – Mandamus

6. Prayer for Relief

7. Notice to Clerk

8. Tender of Bond Payment

9. Verification

10. Exhibit Index

11. Certificate of Service

## VII. NOTICE TO CLERK: ACCEPTANCE OF TENDER OF PAYMENT REQUIRED

**Pursuant to:**

UCC 3-603(b)

UCC 1-308

Postal fiduciary rules

31 U.S.C. 5118

UPU treaty framework

**Plaintiff will tender filing fees via authorized financial instrument. The Clerk must accept tender under federal law.**

## VIII. TENDER OF BOND PAYMENT

**Plaintiff hereby tenders:**

KL-Bond / Fiduciary Instrument

Commercial Tort Lien proceeds

Affidavit-backed financial instruments

## III. PARTIES

**Plaintiff:**

Larry LexxLou Flenoid II, living man, sui juris, residing in Springfield, Missouri.

**Defendants:**

1. Henry's Towing Service, LLC – Missouri corporation.

2. Greene County, Missouri – Political subdivision.

3. Greene County Sheriff's Office – Law enforcement agency.

4. Athens Program Insurance Services – Insurer providing coverage / oversight to Henry's.

## IV. STATEMENT OF FACTS

**These facts are sworn under the Affidavit of Facts & Damages (Exhibit B):**

1. On 11/14/2025, Henry's Towing impounded Plaintiff's private vehicle.

**2. Property inside included:**

Walmart work phone

Children's school bookbags (green & black)

Wallet

Vehicle documents

Nintendo Switch game

Personal effects

3. Henry's Towing refused to allow Plaintiff to retrieve any property.

4. Henry's issued contradictory instructions:

"Sue must get the car."

"Car must be registered to release."

"You are banned from property."

"Send a proxy."

Then refused the proxy getting personal items.

5. Henry's Towing Office stated property retrieval required Sheriff presence.

6. Plaintiff was denied access despite multiple attempts to coordinate.

7. Plaintiff holds a perfected Commercial Tort Lien:

UCC-1 #20250709000932330

UCC-3 #20250724001013361

New UCC-3 Damages: $6,209,285.00

8. Defendants ignored all notices.

**9. Plaintiff suffered harm, including:**

Property loss

Employment risk

Parental hardship

Emotional distress

Administrative and financial damage

# I. JURISDICTION & VENUE

**This action arises under:**

42 U.S.C. §1983

28 U.S.C. §1331 (Federal Question)

28 U.S.C. §1343(a)(3) (Civil Rights)

Fourth & Fourteenth Amendments

18 U.S.C. §§ 241–242

18 U.S.C. §§ 1961–1968 (RICO)

UCC Article 9, Commercial Tort Claims

UDHR, ICCPR, International Human Rights Authorities

Venue is proper under 28 U.S.C. §1391(b) because all events occurred in Greene County, Missouri.


# II. STATEMENT OF EMERGENCY

(Required for injunctive relief & expedited hearing)

Plaintiff's personal property—including children's school items, employer work phone, wallet, legal documents, personal effects, and commercial documents—is being unlawfully held and converted.

**Continued refusal causes:**

Ongoing civil rights injury

Ongoing commercial tort injury

Risk to employment

Harm to minor children

Loss of documents needed for daily life

Immediate relief is required.

## V. CAUSES OF ACTION

### COUNT I – 42 U.S.C. §1983 (Deprivation of Rights)

Defendants acted jointly and under color of law to deprive Plaintiff of property without due process.

### COUNT II – Fourth Amendment (Unlawful Seizure)

Refusal to release property constitutes unreasonable seizure.

### COUNT III – Fourteenth Amendment (Due Process)

No notice, no hearing, no retrieval method.

### COUNT IV – Civil Conspiracy (18 U.S.C. §§ 241–242)

The coordinated refusal to return property constitutes a conspiracy to deprive rights.

### COUNT V – Conversion

Defendants wrongfully retained Plaintiff's property.

### COUNT VI – UCC ARTICLE 9 COMMERCIAL TORT INJURY

Plaintiff's perfected security interest of $6,209,285.00 was disregarded.

### COUNT VII – RICO PREDICATE ACTS

Pattern of obstruction, refusal, fraud, and denial of rights demonstrates racketeering behavior.

### COUNT VIII – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

Defendants' conduct was extreme and outrageous.

## VI. PRASER FOR RELIEF

**Plaintiff respectfully requests that this Court grant the following:**

1. Immediate order compelling release of all personal property.

2. Declaratory judgment confirming Defendants violated Plaintiff's rights.

3. Compensatory damages.

4. Punitive damages.

5. Enforcement of the Commercial Tort Lien:

$6,209,285.00.

6. Injunctive relief preventing future interference.

7. Costs and fees.

8. Any further relief this Court deems just.

## IX. ATTORNEY FOR PLAINTIFF

(You will sign pro se)

Larry LexxLou Flenoid II

Pro Se Plaintiff

Springfield, Missouri

Phone: (314) 557-6929

**Email:** KlownLifeEstateTrustPMA@gmail.com

**FOIA REQUEST TO GREENE COUNTY SHERIFF'S OFFICE**

To:

Greene County Sheriff's Office

1010 N. Boonville Ave.

Springfield, MO 65802


**Subject: FOIA / Sunshine Law Request – Henry's Towing Related Records**

**This is a formal request for disclosure under the Missouri Sunshine Law (Chapter 610 RSMo).**

**Please provide:**

1. All logs, notes, CAD/dispatch records regarding contacts with Henry's Towing involving me (Larry L. Flenoid II).

2. All internal communications regarding denial of assistance or sheriff escort.

3. All policies relating to property retrieval from impound lots.

4. Any documents referencing me, my name, address, or vehicle.

5. All call recordings involving my attempt to request assistance.

This request must be fulfilled within 3 business days.


Respectfully,



*"This filing is tendered in mutual trust; the Public Body stands as Trustee, and the KlownLife Estate Trust PMA as Trust Protector, preserving rights and enforcing fiduciary compliance."*

**Notice to Agent is Notice to Principal; Notice to Principal is Notice to Agent.**

**So it is said, So it is enforced, So it is.**

**Attestation**

**Issued this** 24th **day of** Novemember **, 2025 by authority vested in the Tribunal.**

**Without Recourse, Without Prejudice, UCC 1-308 (UCC 1-207). All Rights Reserved.**

**/s/Autograph/Red thumbprint:**

**Larry LexxLou Flenoid II: Doe (KL-001)**

**Chief Justice, KlownLife Estate Trust PMA Tribunal**

    

**Address:**

Larry LexxLou Flenoid II / Agent

KlownLife Estate Trust PMA

c/o 11815 Nero Dr

Florissant, Missouri [63033]

(314) 557-6929

**Mailing Address (Alt.):**

c/o 4315 W. La Siesta

Springfield, Missouri [65802]

**Email:** KlownLifeEstateTrustPMA@gmail.com

**2 Witnesses Acknowledgment:**

**Witness 1:** _____ **Date:** _11/24/2025_

**Witness 2:** _Talitha Allen_ **Date:** _11-24-2025_

## X. EXHIBIT INDEX

Exhibit A – UCC-3 Tort Expansion

Exhibit B – Affidavit of Facts & Damages

Exhibit C – Notice of Fault

Exhibit D – Notice of Dishonor

Exhibit E – Demand for Release

Exhibit F – Tribunal Order

Exhibit G – New UCC Filing Receipts

Exhibit H – Call logs & screenshots

Exhibit I – Photos

Exhibit J – Fee Schedule

Exhibit K – Standing Authorities (KL-Master)

**COUNT IX – MANDAMUS**

Plaintiff seeks an order compelling immediate release of property.



## PETITION FOR WRIT OF MANDAMUS

### 28 U.S.C. §1361

**Plaintiff petitions this Court for a Writ of Mandamus compelling:**

1. Henry's Towing to immediately release all property.

2. Greene County Sheriff's Office to facilitate peaceful retrieval.

3. Any governmental officer involved to perform nondiscretionary duties.

**Mandamus is proper because:**

Plaintiff has a clear legal right to the property

Officers have nondiscretionary duties

No adequate alternative remedy exists



*"This filing is tendered in mutual trust; the Public Body stands as Trustee, and the KlownLife Estate Trust PMA as Trust Protector, preserving rights and enforcing fiduciary compliance."*

**Notice to Agent is Notice to Principal; Notice to Principal is Notice to Agent.**

**So it is said, So it is enforced, So it is.**

**Attestation**

**Issued this** 24th **day of** November **, 2025 by authority vested in the Tribunal.**

**Without Recourse, Without Prejudice, UCC 1-308 (UCC 1-207). All Rights Reserved.**

**/s/Autograph/Red thumbprint:**

**Larry LexxLou Flenoid II: Doe (KL-001)**

**Chief Justice, KlownLife Estate Trust PMA Tribunal**

    

**Address:**

Larry LexxLou Flenoid II / Agent

KlownLife Estate Trust PMA

c/o 11815 Nero Dr

Florissant, Missouri [63033]

(314) 557-6929

**Mailing Address (Alt.):**

c/o 4315 W. La Siesta

Springfield, Missouri [65802]

Email: KlownLifeEstateTrustPMA@gmail.com

**2 Witnesses Acknowledgment:**

Witness 1: _____ Date: 11/24/2025

Witness 2: _Jalitha Allen_____ Date: 11-24-2025



**AFFIDAVIT OF FACTS & DAMAGES**

**Henry's Towing – Commercial Tort Affidavit**
**Affidavit No.: KL-AFF-HT-2025-001**
**Secured Claim Amount: $6,209,285.00**

I, **Larry LexxLou Flenoid II**, living man, sui juris, propria persona, Divine Executor and Beneficiary of the KlownLife Estate Trust PMA, do solemnly swear and affirm under penalty of perjury pursuant to 28 U.S.C. §1746:

## I. FACTUAL HISTORY

1. On **November 14, 2025,** Henry's Towing Service, LLC towed my private vehicle without lawful verification, authority, delegation, or warrant and without providing documentation of lawful cause.

2. When I contacted Henry's Towing on 11/14/2025, they quoted:

   o  Tow charge: **$105.00**

   o  Storage fee beginning 11/15/2025: **$45/day**

3. On 11/15/2025, my vehicle became the subject of an **ongoing commercial tort**, as my perfected UCC liens were already active:

   o  **UCC-1 #20250709000932330** commercial tort lien

   o  **UCC-3 #20250724001013361** increased damages & assignment to the KlownLife Estate Trust PMA

4. After this was discovered by Henry's personnel, agents of Henry's Towing:

   o Declared that I was **"banned from the property."**

   o Refused to allow retrieval of ANY personal property.

   o Forced conflicting and impossible requirements:

     ▪ "Have Sue Schuler pick up the car"

     ▪ "Car must be registered before pickup"

     ▪ "But you cannot enter the property"

     ▪ "But you must send a proxy"

   o Then refused the proxy when she arrived and denied access to all property.

5. The vehicle contained:

   o **Work phone (Walmart corporate property)**

   o **My daughter's two bookbags** (green and black) with school material

   o **Important vehicle documents** in a brown envelope

   o **Wallet**

   o **Children's Nintendo Switch game**

   o Personal effects, property, and commercial documents.

6. Henry's Towing refused to allow retrieval of **ANY** of the above items, causing:

   o Commercial loss

   o Interference with employment

   o Interference with children's education

   o Emotional distress

   o Property conversion

   o Administrative burden

   o Legal damages

   o Continuing tort injury

## II. DAMAGES & VALUATION

**Direct measurable losses:**

Tow: **$105**
Storage: 4 days × $45 = **$180**
Subtotal: **$285**

**Commercial tort expansion per fee schedule:**

Total: **$3,070,000.00**

**Combined new damages added:**

$3,070,000.00 + $285.00 = **$3,070,285.00**

**New total enforceable damages:**

**$6,209,285.00**

This amount is immediately secured under UCC Article 9, Commercial Tort Claims.

---

## III. DECLARATIONS

I declare:

- Henry's Towing unlawfully converted my property.

- Henry's Towing interfered with a perfected security interest.

- Henry's Towing obstructed lawful retrieval of personal and minor children's property.

- Henry's Towing caused ongoing financial, emotional, administrative, and reputational injury.

- Henry's Towing is now liable for the full enforceable damages.

---

## IV. OATH

I certify that the foregoing is true, correct, complete, and based on first-hand knowledge.



*"This filing is tendered in mutual trust; the Public Body stands as Trustee, and the KlownLife Estate Trust PMA as Trust Protector, preserving rights and enforcing fiduciary compliance."*

**Notice to Agent is Notice to Principal; Notice to Principal is Notice to Agent.**

**So it is said, So it is enforced, So it is.**

**Attestation**

Issued this __24th__ day of __November__ , 2025 by authority vested in the Tribunal.

**Without Recourse, Without Prejudice, UCC 1-308 (UCC 1-207). All Rights Reserved.**

**/s/Autograph/Red thumbprint**

**Larry LexxLou Flenoid II: Doe (KL-001)**

**Chief Justice, KlownLife Estate Trust PMA Tribunal**

    

**Address:**

Larry LexxLou Flenoid II / Agent

KlownLife Estate Trust PMA

c/o 11815 Nero Dr

Florissant, Missouri [63033]

(314) 557-6929

**Mailing Address (Alt.):**

c/o 4315 W. La Siesta

Springfield, Missouri [65802]

**Email:** KlownLifeEstateTrustPMA@gmail.com

**2 Witnesses Acknowledgment:**

Witness 1 : _____ Date: 11/24/2025

Witness 2 : _Jalitha All_____ Date: 11-24-2025

## IX. VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct.



*"This filing is tendered in mutual trust; the Public Body stands as Trustee, and the KlownLife Estate Trust PMA as Trust Protector, preserving rights and enforcing fiduciary compliance."*

**Notice to Agent is Notice to Principal; Notice to Principal is Notice to Agent.**

**So it is said, So it is enforced, So it is.**

**Attestation**

**Issued this** 24th **day of** Nevemember **, 2025 by authority vested in the Tribunal.**

**Without Recourse, Without Prejudice, UCC 1-308 (UCC 1-207). All Rights Reserved.**

**/s/Autograph/Red thumbprint:**

**Larry LexxLou Flenoid II: Doe (KL-001)**

**Chief Justice, KlownLife Estate Trust PMA Tribunal**

    

**Address:**

Larry LexxLou Flenoid II / Agent

KlownLife Estate Trust PMA

c/o 11815 Nero Dr

Florissant, Missouri [63033]

(314) 557-6929

**Mailing Address (Alt.):**

c/o 4315 W. La Siesta

Springfield, Missouri [65802]

Email: KlownLifeEstateTrustPMA@gmail.com


**2 Witnesses Acknowledgment:**

Witness 1: _____ Date: 11/24/2025

Witness 2: Talitha Allen _____ Date: 11-24-2025

**DEMAND FOR HEARING / VEHICLE RELEASE ORDER (STATE ADMIN)**

**To:**

Henry's Towing

CC: Greene County Sheriff

CC: Greene County Counsel

CC: Missouri Attorney General

**RE: FORMAL DEMAND FOR ADMINISTRATIVE HEARING & RELEASE ORDER**

**I demand:**

1. Immediate release of all personal property

2. Scheduled hearing regarding the vehicle

3. Written explanation for all prior denials

4. Written release protocol

5. Documentation of all fees

Failure to comply constitutes continued tort injury.

Respectfully,



*"This filing is tendered in mutual trust; the Public Body stands as Trustee, and the KlownLife Estate Trust PMA as Trust Protector, preserving rights and enforcing fiduciary compliance."*

**Notice to Agent is Notice to Principal; Notice to Principal is Notice to Agent.**

**So it is said, So it is enforced, So it is.**

**Attestation**

**Issued this** 24th **day of** November _____, **2025 by authority vested in the Tribunal.**

**Without Recourse, Without Prejudice, UCC 1-308 (UCC 1-207). All Rights Reserved.**

**/s/Autograph/Red thumbprint:**

**Larry LexxLou Flenoid II: Doe (KL-001)**

**Chief Justice, KlownLife Estate Trust PMA Tribunal**

    

**Address:**

Larry LexxLou Flenoid II / Agent

KlownLife Estate Trust PMA

c/o 11815 Nero Dr

Florissant, Missouri [63033]

(314) 557-6929

**Mailing Address (Alt.):**

c/o 4315 W. La Siesta

Springfield, Missouri [65802]

**Email:** KlownLifeEstateTrustPMA@gmail.com

**2 Witnesses Acknowledgment:**

Witness 1: _____ Date: 11/24/2025

Witness 2: _Jalitha Allen_____ Date: 11-24-2025

**FEDERAL TORT CLAIMS ACT ADMINISTRATIVE CLAIM (SF-95-STYLE)**

**ADMINISTRATIVE TORT CLAIM**

(FTCA-Style Format / Local Government Equivalent)

Claimant:

Larry LexxLou Flenoid II

Springfield, MO

**Agency Involved:**

Greene County Sheriff's Office

Greene County Clerk Bryan Feemster

Commissioner David Ankrom

Greene County, Missouri

**Incident Date:**

September 15–present, 2025

**Basis of Claim:**

Negligence, wrongful acts, deprivation of rights, failure to perform duty, refusal to assist in retrieval of personal property, and allowing continued conversion by Henry's Towing.

Damages Claimed:

$6,209,285.00 (Commercial Tort Valuation)



*"This filing is tendered in mutual trust; the Public Body stands as Trustee, and the KlownLife Estate Trust PMA as Trust Protector, preserving rights and enforcing fiduciary compliance."*

**Notice to Agent is Notice to Principal; Notice to Principal is Notice to Agent.**

**So it is said, So it is enforced, So it is.**

**Attestation**

Issued this 24th day of November, 2025 by authority vested in the Tribunal.

**Without Recourse, Without Prejudice, UCC 1-308 (UCC 1-207). All Rights Reserved.**

**/s/Autograph/Red thumbprint:**

**Larry LexxLou Flenoid II: Doe (KL-001)**

**Chief Justice, KlownLife Estate Trust PMA Tribunal**

    

**Address:**

Larry LexxLou Flenoid II / Agent

KlownLife Estate Trust PMA

c/o 11815 Nero Dr

Florissant, Missouri [63033]

(314) 557-6929

**Mailing Address (Alt.):**

c/o 4315 W. La Siesta

Springfield, Missouri [65802]

Email: KlownLifeEstateTrustPMA@gmail.com

**2 Witnesses Acknowledgment:**

Witness 1: _____ Date: 11/24/2025

Witness 2: _____ Date: 11-24-2025

**BODYCAM / DISPATCH / RECORDS PRESERVATION DEMAND**

**RE: RECORD PRESERVATION DEMAND – IMMEDIATE**

**This is a formal demand that the Greene County Sheriff's Office:**

Preserve ALL bodycam footage

Preserve ALL dashcam footage

Preserve ALL dispatch notes

Preserve ALL telephone recordings

Preserve ALL CAD logs

Preserve ALL internal notes regarding Henry's Towing

Under no circumstances may these be deleted, overwritten, or destroyed.

Failure to preserve evidence constitutes a spoliation violation.

Signed,



*"This filing is tendered in mutual trust; the Public Body stands as Trustee, and the KlownLife Estate Trust PMA as Trust Protector, preserving rights and enforcing fiduciary compliance."*

**Notice to Agent is Notice to Principal; Notice to Principal is Notice to Agent.**

**So it is said, So it is enforced, So it is.**

**Attestation**

Issued this 24th day of _November_, 2025 by authority vested in the Tribunal.

Without Recourse, Without Prejudice, UCC 1-308 (UCC 1-207). All Rights Reserved.

/s/Autograph/Red thumbprint:

**Larry LexxLou Flenoid II: Doe (KL-001)**

**Chief Justice, KlownLife Estate Trust PMA Tribunal**

    

**Address:**

Larry LexxLou Flenoid II / Agent

KlownLife Estate Trust PMA

c/o 11815 Nero Dr

Florissant, Missouri [63033]

(314) 557-6929

**Mailing Address (Alt.):**

c/o 4315 W. La Siesta

Springfield, Missouri [65802]

**Email:** KlownLifeEstateTrustPMA@gmail.com

**2 Witnesses Acknowledgment:**

**Witness 1:** _[signature]_     **Date:** _11/24/2025_

**Witness 2:** _Talliha all_     **Date:** _11-24-2025_



**CIVIL RIGHTS CLAIM LETTER**

**42 U.S.C. §1983 — DEPRIVATION OF RIGHTS UNDER COLOR OF LAW**

**KL-1983-HT-2025-001**

To:

Greene County Sheriff's Office

Case Review / Internal Affairs

1010 N. Boonville

Springfield, MO 65802

CC:

Greene County Counsel

Henry's Towing Service, LLC

Athens Program Insurance Services

Missouri Attorney General

U.S. Department of Justice – Civil Rights Division

U.S. Attorney – Western District of Missouri


**SUBJECT:**

**Civil Rights Violation – Unlawful Seizure, Conversion of Property, and Denial of Access — 42 U.S.C. §1983 / 18 U.S.C. §241–242**


**To whom it may concern:**

I, Larry LexxLou Flenoid II, living man, sui juris, propria persona, hereby submit this formal civil rights violation claim pursuant to:

42 U.S.C. § 1983

18 U.S.C. § 241 (Conspiracy against rights)

18 U.S.C. § 242 (Deprivation of rights under color of law)

Fourth Amendment (unlawful seizure)

Fourteenth Amendment (due process)

Missouri constitutional protections

UDHR Art. 3, 12, 17

ICCPR Art. 2, 7, 14


**FACTS**

On November 14, 2025, Henry's Towing Service, LLC, acting in cooperation with Greene County law enforcement, seized and impounded my private vehicle.

Despite numerous attempts to retrieve personal property, including:

Work phone (Walmart corporate)

Children's two school bookbags

Wallet

Documents

Nintendo Switch game

Personal effects

**Henry's Towing refused access, issued contradictory instructions, and ultimately banned me from the property, thereby depriving me of:**

Access to personal and family property

Employer property (exposing me to risk)

Children's educational property

Right to retrieve effects from an impounded vehicle

Right to due process

Right to equal protection

**This denial occurred under color of state authority, because Henry's Towing operates:**

Under county towing contracts

Under police-directed impound authority

Under Missouri statutes requiring law enforcement coordination

With the Sheriff's Office directing "who may retrieve property"

Your office was contacted regarding retrieval and confirmed the requirement for a Sheriff's escort, giving Henry's Towing color-of-law protection while they refused access.

This creates joint liability under federal civil rights law.


**LEGAL BASIS FOR CLAIM**

1. Fourth Amendment — Unlawful Seizure

Refusal to release or allow access to personal property after impound is a constitutional violation.

2. Fourteenth Amendment — Procedural Due Process

No notice, no hearing, and no means to retrieve property = due process violation.

3. 42 U.S.C. §1983

Any deprivation of rights by someone acting jointly with a state actor triggers §1983 liability.

4. 18 U.S.C. §241–242

**The combination of:**

banning me from the property

refusing a proxy

refusing an appointment

shifting requirements

constitutes willful deprivation of rights.

5. Conversion & Color-of-Law Abuse

Personal property for minor children + employer property has been held hostage in violation of federal rights.


**DEMANDS FOR REMEDY**

**I hereby demand:**

1. Immediate release of all personal property.

2. Written explanation for the denial of access.

3. Identification of all officers or deputies involved.

4. Policy explanation regarding banning a vehicle owner from retrieval.

5. Confirmation whether Henry's Towing is acting under county authority.

6. Notice of rights and due process requirements the county is relying upon.

7. Confirmation that my §1983 claim is properly logged and under review.

**Failure to respond within 10 days will result in:**

Filing the federal civil complaint included below

Notice to DOJ Civil Rights Division

Notice to the U.S. Attorney

Addition of Greene County as a defendant in federal court

Tribunal judgment certification and enforcement

**Respectfully,**



*"This filing is tendered in mutual trust; the Public Body stands as Trustee, and the KlownLife Estate Trust PMA as Trust Protector, preserving rights and enforcing fiduciary compliance."*

**Notice to Agent is Notice to Principal; Notice to Principal is Notice to Agent.**

**So it is said, So it is enforced, So it is.**

**Attestation**

Issued this _23rd_ day of _Novemember_ , 2025 by authority vested in the Tribunal.

**Without Recourse, Without Prejudice, UCC 1-308 (UCC 1-207). All Rights Reserved.**

/s/Autograph/Red thumbprint:

**Larry LexxLou Flenoid II: Doe (KL-001)**

**Chief Justice, KlownLife Estate Trust PMA Tribunal**

    

**Address:**

Larry LexxLou Flenoid II / Agent

KlownLife Estate Trust PMA

c/o 11815 Nero Dr

Florissant, Missouri [63033]

(314) 557-6929

**Mailing Address (Alt.):**

c/o 4315 W. La Siesta

Springfield, Missouri [65802]

**Email:** KlownLifeEstateTrustPMA@gmail.com

**2 Witnesses Acknowledgment:**

**Witness 1:** Andrea Junkhouser _____ **Date:** 11-24-2025

**Witness 2:** Talitha Allen _____ **Date:** 11-24-2025

Endorsements / Mentions Spéciales / Anotaciones

If your passport expires within six months of your date of departure, you may be denied entry into some countries.



SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

# THE UNITED STATES OF AMERICA

| PASSPORT / PASAPORTE | | | |
|---|---|---|---|
| Type/Type/Tipo **P** | Code/Code/Código **USA** | | Passport No./No. du Passeport/No. de Pasaporte **A41245489** |

Surname/Nom/Apellidos
**FLENOID II**

Given names/Prénoms/Nombres
**LARRY LEXXLOU**

Nationality/Nationalité/Nacionalidad
**UNITED STATES OF AMERICA**

Date of birth/Date de naissance/Fecha de nacimiento
**18 MAY 1979**

Sex/Sexe/Sexo
**M**

Place of birth/Lieu de naissance/Lugar de nacimiento
**MISSOURI, U.S.A.**

Date of issue/Date de délivrance/Fecha de expedición
**14 JUN 2024**

Date of expiration/Date d'expiration/Fecha de caducidad
**13 JUN 2034**

Authority/Autorité/Autoridad
**UNITED STATES DEPARTMENT OF STATE**

P<USAFLENOID<II<<LARRY<LEXXLOU<<<<<<<<<<<<<
A412454895USA7905182M3406131428217962<784/978



UCC1

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)
Larry-LexxLou-Flenoid II: Doe (314) 557-6929

B. E-MAIL CONTACT AT SUBMITTER (optional)
RLRC.Uhaul@gmail.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Larry-LexxLou-Flenoid II: Doe
c/o 11815 Nero Dr
Florissant Missouri [63033]

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

| Print | Reset |
|---|---|

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in Item 10 of the Financing Statement Addendum (form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| FLENOID II, LARRY L. ens legis: Corporation/Trade Name/Trade Mark -Debtor | | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 5717 Cates | Saint Louis | Mo | 63113 | | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in Item 10 of the Financing Statement Addendum (form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| Flenoid | Larry | | LexxLou | | II |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| c/o 11815 Nero Dr | Florissant | MO | [63033] | | USA |

4. COLLATERAL: This financing statement covers the following collateral:

This is Actual and Constructive Notice that all of Debtor's interest now owned or hereafter acquired is hereby accepted as collateral for securing contractual obligation in favor of the Secured Party as detailed in a true, correct, complete, notarized Security Agreement, Hold Harmless agreement, Power of Attorney. NOTICE: In accordance with USC -Property- This is the entry of the debtor in the Commercial Registry as a transmitting utility and the following property is hereby registered in the same as public notice of a commercial transaction: Certificate Of Live Birth document#124 79 203351; Employer Identification #**-***3032; All property is accepted for value and is exempt from Levy. Adjustment of this filing is from Public Policy HJR-192, Public Law 73-10 and UCC 10-104. All proceeds, products, accounts, fixtures, and the orders therefrom are released to the Debtor. FLENOID II, LARRY, L ens legis; ORGANIZATION/TRADE NAME/TRADE MARK/ TRUST -DEBTOR

5. Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:

6b. Check only if applicable and check only one box:



UCC3

File Number: 20250909001230775
Date Filed: 9/5/2025 8:00 AM
Denny Hoskins
Secretary of State

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)**
Larry LexxLou Flenoid II: Doe (314)557-6929

**B. E-MAIL CONTACT AT SUBMITTER (optional)**
RLRC.Uhaul@gmail.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Larry LexxLou Flenoid II: Doe
c/o 11815 Nero Dr
Florissant, Missouri [63033]

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

Print     Reset

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
20250320000320866 UCC-1 Financial Statement

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party(ies) authorizing this Termination Statement

**3.** ☑ **ASSIGNMENT:** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also check ASSIGN Collateral box in item 8 and describe the affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** **PARTY INFORMATION CHANGE:**

Check *one* of these two boxes:       AND Check *one* of these three boxes to:

This Change affects ☐ Debtor or ☑ Secured Party of record

☑ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only *one* name (6a or 6b)

**6a. ORGANIZATION'S NAME**

OR

| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| Flenoid | Larry LexxLou | | II |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only *one* name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

**7a. ORGANIZATION'S NAME**
KlownLife Estate Trust PMA Private Member Association — Foreign Religious Trust

OR

**7b. INDIVIDUAL'S SURNAME**

**INDIVIDUAL'S FIRST PERSONAL NAME**

**INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)**                                     **SUFFIX**

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o 11815 Nero Dr | Florissant | MO | [63033] | USA |

**8. COLLATERAL CHANGE:** Check only *one* box:    ☐ ADD collateral    ☐ DELETE collateral    ☐ RESTATE covered collateral    ☑ ASSIGN collateral

Indicate collateral:

*Check ASSIGN COLLATERAL only if the assignee's power is amend the record is limited to certain collateral and describe the collateral in Section 8

The entirety of the Assignor's (LARRY LEXXLOU FLENOID II: Doe, living man) estate — past, present, and future — including but not limited to: All securities, bonds, fiduciary bonds, birth certificates, social security accounts, and certification of live birth including Registration Number, All uniform and private conveyances, including 2004 Nissan Pathfinder Armada, VIN [redacted] Documents, Trusts, and holdings including RLRC Uhaul AB Intellectual Property, trademarks, copyrights All children, biological heirs and issue, including but not limited to Lydia A. Flenoid (Birth Cert. [redacted] and Rydell K. Doe All testamentary claims, court filings, UCC liens, torts, judgments, indorsements, negotiations, and filings made in any court or agency All prior and future UCC filings, commercial liens, bills of exchange, money orders, 1099 filings, and reputable instruments All unknown or unnamed assets, proceeds, products, income, distributions, inheritances, benefits, franchises, and equity held in any jurisdiction known or unknown All rights, title, collateral, administration, authority and enforcement over these assets are hereby reassigned to KlownLife Estate Trust PMA This lien constitutes a full and irrevocable assignment, perfection of interest, perfected under UCC §§ 9-102, 9-203, 9-509, 9-510, 9-312, 9-607, 9-617, and 9-625, and secured under 18 U.S.C. §§ 8, 241, 242, 1341, 1342, 1951, and 15 U.S.C. §§ 1601 et seq., and further supported by NAFTA, UCC, Geneva Art. I §§ 9, 10, UCC 1-308, and International law treaties (Geneva, Hague, UN Universal Declaration of Human Rights)

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only *one* name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

**9a. ORGANIZATION'S NAME**

OR

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| Flenoid | Larry LexxLou | | II |

**10. OPTIONAL FILER REFERENCE DATA:**

File Number: 20250709000932330
Date Filed: 7/7/2025 8:00 AM
Denny Hoskins
Secretary of State

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)
Larry LexxLou Flenoid II: Doe (314) 557-6929

B. E-MAIL CONTACT AT SUBMITTER (optional)
RLRC.Uhaul@gmail.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Larry LexxLou Flenoid II: Doe
c/o 11815 Nero Dr
Florissant, Missouri [63033]

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

| Print | Reset |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME
Henry's Towing  Towing and Recovery Services/Public Entity Operating in Commerce

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2806 S. Farm Rd 115 | Brookline | MO | 65619 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| Flenoid II: Doe | Larry LexxLou | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o 11815 Nero Dr | Florissant | MO | [63033] | USA |

4. COLLATERAL: This financing statement covers the following collateral:

All commercial assets, equipment, vehicles, inventory, real estate, licenses, accounts receivable, bank accounts, and business income presently owned or later acquired by HENRYS TOWING, 2806 S. Farm Rd 115, Brookline, MO, as secured by the commercial tort lien resulting from the unlawful seizure of a 2008 Black Cadillac Sedan, VIN ending in #208089, bearing Diplomatic Plate #4313205, on May 13, 2025, along with unlawful confiscation of private trust documents, birth certificates, and a diplomatic passport. Said lien arises from violations of UCC §1-103, §1-308, §3-305, and Article 9, as well as 42 USC §1983, 18 USC §241/242, and the Vienna Convention on Diplomatic Relations. Damages include loss of employment, trust interference, prolonged vehicle impound, stress, and unrebutted notice of lien received May 25, 2025, via Certified Mail #9589071052702422008982. Total claim: $1,375,000.00 USD Payment instructions PNC Routing #. 071921891 I Account #: 4726048072 LARRY LEXXLOU FLENOID II

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:



UCC3

File Number: 20250724001013361
Date Filed: 7/22/2025 8:00 AM
Denny Hoskins
Secretary of State

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)**
Larry LexxLou Flenoid II: Doe (314) 557-6929

**B. E-MAIL CONTACT AT SUBMITTER (optional)**
RLRC.Uhaul@gmail.com

**C. SEND ACKNOWLEDGEMENT TO: (Name and Address)**

Larry LexxLou Flenoid II: Doe
c/o 11815 Nero Dr
Florissant, Missouri [63033]

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

Print   Reset

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
20250709000932330

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS. Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party(ies) authorizing this Termination Statement

→ **3.** ☑ **ASSIGNMENT:** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9; also check ASSIGN Collateral box in item 8 and describe the affected collateral in item 8

**4.** ☑ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5. PARTY INFORMATION CHANGE:**

Check one of these two boxes:
This Change affects ☐ Debtor or ☑ Secured Party of record

AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c   ☐ ADD name: Complete item 7a or 7b, and item 7c   ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

**6a. ORGANIZATION'S NAME**

OR **6b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**
Flenoid: Doe | Larry LexxLou | | II

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

**7a. ORGANIZATION'S NAME**
KlownLife Estate Trust PMA (Assignment of enforcement rights to third party)

OR **7b. INDIVIDUAL'S SURNAME**

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | **SUFFIX**

**7c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY**
c/o 11815 Nero Dr | Florissant | MO | [63033] | USA

**8.** ☐ **COLLATERAL CHANGE:** Check only one box: ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN collateral
Indicate collateral: *Check ASSIGN COLLATERAL only if the assignee's power to amend the record is limited to certain collateral and describe the collateral in Section 8

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

**9a. ORGANIZATION'S NAME**
KlownLife Estate Trust PMA

OR **9b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**
Flenoid: Doe | Larry LexxLou | | II

**10. OPTIONAL FILER REFERENCE DATA:**