

**KLOWNLIFE ESTATE TRUST PMA**

**COMMON LAW TRIBUNAL**

Larry LexxLou Flenoid II                                          4315 W La Siesta St.,

CHIEF JUSTICE DEVINE EXECUTOR                       Springfield, MO 65802

(314) 557-6929

**FEDERAL CASE — MOTION TO COMPEL RECOGNITION**

**United States District Court**
**Western District of Missouri — Southern Division**
**Case No.: 6:25-cv-03362-MDH**

**MOTION TO COMPEL RECOGNITION OF AUTHENTICATED PUBLIC RECORDS**

Plaintiff **Larry LexxLou Flenoid II** moves this Court for recognition of authenticated public records:

**Background**

1. Plaintiff's identity and status are established by certified Missouri records.

2. Issuing authority certified by the Missouri Secretary of State.

3. Authentication by the U.S. Department of State grants full faith and credit.

4. The record is unrebutted.

**Law & Argument**

5. Full Faith and Credit applies in federal court.

6. Non-recognition violates due process and undermines jurisdictional clarity.

**Relief Requested**

A. Compel recognition of the authenticated record;

B. Direct the Clerk and parties to acknowledge the record;

C. Grant further relief as appropriate.


**Respectfully submitted,**

**So it is said, so it is enforced, so it is**

**Without Prejudice, Without Recourse**
**Larry LexxLou Flenoid I**

**AFFIDAVIT OF IDENTITY, STATUS, AND AUTHENTICATED RECORD**

I, Larry LexxLou Flenoid II, being competent to testify and of lawful age, hereby declare and affirm as follows:

1. I am the living man and affiant herein, acting in my own right and capacity.

2. My identity, status, and record of existence are established by duly issued public records of the State of Missouri, including a certified record of live birth.

3. The authority of the issuing registrar was formally certified by the Missouri Secretary of State.

4. Said certification was authenticated by the United States Department of State, granting full faith and credit to the attached state record.

5. These records are valid, unrebutted, and have not been lawfully challenged, vacated, or invalidated by any court of competent jurisdiction.

6. Any failure or refusal by a court or agency to recognize these authenticated records constitutes a denial of full faith and credit and a violation of due process.

7. Copies of the referenced records are maintained in my lawful custody and are available for inspection upon proper legal demand.

8. This affidavit is made in good faith and under penalty of perjury.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this15 day of December *2025*.

So It Is Said, So It Is Enforced, So It Is

Without Prejudice Without Recourse

Larry LexxLou Flenoid II

**NOTICE OF OFFICIAL RECORD, AUTHENTICATION, AND DEMAND FOR RECOGNITION**

**NOTICE is hereby given that the undersigned has established identity and status by duly issued and authenticated state and federal public records entitled to full faith and credit.**

**These records include, without limitation:**

- **A certified record of live birth;**

- **Certification of issuing authority by the Missouri Secretary of State; and**

- **Authentication by the United States Department of State.**

**All such records are valid, unrebutted, and controlling unless and until lawfully overturned.**

**Failure to recognize or respond to this Notice constitutes constructive denial of full faith and credit, administrative default, and evidence of deprivation of rights under color of law.**

**Demand is hereby made for acknowledgment and recognition of the record within ten (10) days.**

**So it is said, so it is enforced, so it is.**

**Without prejudice Without recourse**

**Larry LexxLou Flenoid II**
**Affiant**

**Subscribed and sworn before me on this 15 day of December, *2025*.**

**ORDER GRANTING MOTION TO COMPEL RECOGNITION**


Upon consideration of the Motion to Compel Recognition of Authenticated Public Records, and finding good cause shown, it is hereby:

**ORDERED** that the Motion is **GRANTED**.
The Court **RECOGNIZES** the Movant's authenticated public records establishing identity and status, entitled to full faith and credit.
The Clerk and all parties are **DIRECTED** to acknowledge said record.
Proceedings inconsistent with this Order are **PROHIBITED**.

SO ORDERED.

Dated: _____

_____

Judge/Court

_____