

**KLOWNLIFE ESTATE TRUST PMA**

**COMMON LAW TRIBUNAL**

Larry LexxLou Flenoid II                                    4315 W La Siesta St.,

CHIEF JUSTICE DEVINE EXECUTOR                Springfield, MO 65802

(314) 557-6929

**PETITION FOR WRIT OF MANDAMUS**

*(Use if a court or clerk refuses or delays recognition)*

**IN THE [APPROPRIATE APPELLATE / SUPERVISORY COURT]**

**PETITION FOR WRIT OF MANDAMUS**

Petitioner **Larry LexxLou Flenoid II** respectfully petitions for a Writ of Mandamus directing the Respondent Court and/or Clerk to recognize authenticated public records establishing Petitioner's identity and status.

**Statement of Facts**

1. Petitioner's identity and status are established by certified Missouri records.
2. Issuing authority certified by the Missouri Secretary of State.
3. Authentication by the U.S. Department of State grants full faith and credit.
4. Respondent has failed/refused to recognize the record without lawful basis.

**Grounds**

5. Mandamus lies to compel performance of a clear, nondiscretionary duty.

6. Recognition of authenticated public records is mandatory, not discretionary.

7. Petitioner lacks an adequate alternative remedy.

**Relief Requested**

A. Issue a Writ compelling recognition of the authenticated record;

B. Direct Respondent to acknowledge the record forthwith;

C. Grant such other relief as justice requires.

**Respectfully submitted,**

**So It Is Said, So it is enforced, So it is**

**Without Recourse Without prejudice**

**Larry LexxLou Flenoid II**