

# KLOWNLIFE ESTATE TRUST PMA

# COMMON LAW TRIBUNAL

Larry LexxLou Flenoid II                                      4315 W La Siesta St.,

CHIEF JUSTICE DEVINE EXECUTOR               Springfield, MO 65802

(314) 557-6929

**Subject:** Notice of Filing & Service — Motion to Compel Recognition + Proposed Order (Case Nos. 2531-CC00935; 25SL-PR03534; 6:25-cv-03362-MDH)

**To the Clerk and all Parties of Record,**

Please accept this email as **NOTICE OF FILING AND SERVICE** that on **December 15, 2025**, the undersigned filed and served the following instruments in the referenced matter(s):

1. **Motion to Compel Recognition of Authenticated Public Records**
2. **Proposed Order Granting Motion to Compel Recognition**

These filings concern authenticated state and federal public records establishing identity/status and are incorporated by reference in the record. Copies are attached to this email for service and docketing purposes.

**Cases / Courts (for routing):**

- **Greene County Circuit Court (Civil Division)** — Case No. **2531-CC00935**

- **St. Louis County Circuit Court (Probate Division)** — Case No. **25SL-PR03534**
- **U.S. District Court, Western District of Missouri (Southern Division)** — Case No. **6:25-cv-03362-MDH**

**Service:**

Service is hereby made by email to the Clerk and all parties/counsel of record using the email addresses on file and/or previously used in this matter. If any recipient contends email service is not permitted for their office or party, treat this message as a request to provide the correct service method and contact information immediately so service may be perfected without delay.

**Request for Confirmation:**

Please confirm **receipt and docketing** by return email.

Respectfully,

So it is said, So it is enforced, So it is

Without Prejudice, Without Recourse

**Larry LexxLou Flenoid II**
c/o 4315 W. La Siesta St
Springfield, Missouri 65802
Email: RLRC.UHAUL@gmail.com