**RENEWED EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**

**AND IMMEDIATE RETURN OF PROPERTY**

**(FOR MAGISTRATE JUDGE ADJUDICATION)**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**



**Larry LexxLou Flenoid, II,**
Plaintiff,

v.

**Henry's Towing Service, LLC, et al.,**
Defendants.

Case No. **6:25-cv-03362-MDH**

---

**RENEWED EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**

**AND IMMEDIATE RETURN OF PROPERTY**

**(PENDING REASSIGNMENT / MAGISTRATE REFERRAL)**

Plaintiff **Larry LexxLou Flenoid, II**, proceeding **pro se** and **in forma pauperis**, respectfully renews his request for **emergency injunctive relief**, and states as follows:

---

### I. PURPOSE OF RENEWAL

This Motion is **not repetitive**. It is renewed because:

1. The Court previously acknowledged **irreparable harm**;
2. Emergency relief was not granted;
3. **Additional irreversible loss has now occurred**, including the loss of the cremated remains of Plaintiff's family members;
4. Plaintiff has moved for **judicial reassignment and Magistrate referral** due to loss of confidence in effective relief.

Plaintiff respectfully requests that this renewed emergency motion be **heard and adjudicated by a Magistrate Judge** upon referral.

## II. IRREPARABLE HARM (UPDATED)

As a direct result of continued deprivation of Plaintiff's vehicle and property:

- Plaintiff permanently lost the **cremated remains of his mother and baby brother**;
- Plaintiff lost employment and income;
- Plaintiff lost access to banking and financial affairs;
- Plaintiff continues to suffer compounding hardship.

These harms are **irreversible** and **not compensable by money damages**.

## III. RELIEF REQUESTED

Plaintiff respectfully requests that the Court, or the assigned Magistrate Judge:

1. **Order the immediate return of Plaintiff's vehicle** and all remaining contents;
2. **Enjoin Defendants** from further retention, transfer, sale, or destruction of the vehicle or property;
3. **Direct the United States Marshals Service to enforce the Order**, due to Plaintiff's IFP status;
4. Waive bond due to hardship and Defendants' exclusive control of the property.

## IV. CONCLUSION

This renewed motion seeks **only protection and return of property**, not adjudication on the merits. Continued delay results in continued harm.

Respectfully submitted,

*/s/ Larry LexxLou Flenoid, II*

**Larry LexxLou Flenoid, II**
Plaintiff, Sui Juris
4315 W. La Siesta St
Springfield, MO 65802
(314) 557-6929