## IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

**In re:**

**Larry LexxLou Flenoid II,**

Petitioner, sui juris, propria persona

## PETITION FOR WRIT OF MANDAMUS

*(28 U.S.C. § 1651 – All Writs Act)*

Petitioner respectfully petitions this Court for a Writ of Mandamus directing the United States District Court for the Western District of Missouri to perform its **mandatory, non-discretionary duty** to order service of process by the United States Marshals under **28 U.S.C. § 1915(d)** and **Fed. R. Civ. P. 4(c)(3)**.

## STATEMENT OF FACTS

1. Petitioner was granted leave to proceed in forma pauperis.

2. Service was obstructed by third parties and documented on the record.

3. Petitioner repeatedly notified the District Court.

4. The District Court failed to order Marshal service.

5. Relief has been denied solely due to lack of service.

6. Property, livelihood, and human remains remain withheld without hearing.

## GROUNDS FOR MANDAMUS

Mandamus is appropriate where:

- the duty is **clear and mandatory**;

- the petitioner has **no other adequate remedy**;

- the lower court's failure results in **irreparable harm**.

All three elements are satisfied.

## RELIEF REQUESTED

Petitioner respectfully requests this Court to:

1. Issue a Writ of Mandamus compelling the District Court to order Marshal service;

2. Grant such other relief as justice requires.

Respectfully submitted,

**Larry LexxLou Flenoid II**
sui juris, propria persona

## II. EMERGENCY NOTICE OF INTERLOCUTORY PRESERVATION

## NOTICE OF INTERLOCUTORY PRESERVATION OF CONSTITUTIONAL ERROR

Plaintiff hereby provides notice that the following issues are preserved for immediate or later appellate review:

- Denial of access to courts;

- Failure to order mandatory Marshal service;

- Obstruction of service after notice;

- Denial of due process;

- Procedural entrapment preventing adjudication;

- Continued deprivation of property without hearing.

This notice is entered to prevent waiver.

Respectfully submitted,

**Larry LexxLou Flenoid II**
sui juris, propria persona