IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| LARRY LEXXLOU FLENOID II, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 6:25-cv-03362-MDH |
| HENRY'S TOWING SERVICE, LLC, et. al | ) ) ) ) |
| Defendant. | ) ) |

## DEFENDANT'S MOTION TO DISMISS
## COUNT III OF PLAINTIFF'S COMPLAINT

Defendant Henry's Towing Service, LLC moves to dismiss Count III of Plaintiff's Complaint, pursuant to Federal Rules of Civil Procedure 12(b)(6) and, for the reasons set forth in its Suggestions in Support, which are incorporated herein by this reference, requests this Court enter an order dismissing Count III against Defendant Henry's Towing Service, LLC, due to Plaintiff's failure to state a claim upon which relief can be granted.

HUSCH BLACKWELL LLP

/s/ J. Michael Bridges
J. Michael Bridges        Mo. Bar No. 41549
Kayla L. Fowler           Mo. Bar No. 76613
3810 E. Sunshine St., Suite 300
Springfield, MO 65809
Telephone: 417-268-4000
Facsimile:  417-268-4040
michael.bridges@huschblackwell.com
kayla.fowler@huschblackwell.com

***Attorneys for Defendant Henry's Towing Service, LLC***

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was forwarded on March 3, 2026, by the court's electronic notification system, to all counsel of record and by U.S. Mail, postage prepaid, to the following:

Larry LexxLou Flenoid II
4315 W. LaSiesta
Springfield, MO 65802

/s/ *J. Michael Bridges*