### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION



**Larry LexxLou Flenoid II**
c/o 4315 W La Siesta St.
Springfield, Missouri 65802
(314) 557-6929
RLRC.Uhaul@gmail.com

Plaintiff,

v. **Case No. 6:25-cv-03362-MDH**

**DEPUTY GOLD**, individually;
**DEPUTY SCHILLING**, individually;
**DEPUTY KELLEY**, individually;
**GREENE COUNTY, MISSOURI**;
**HENRY'S TOWING**;

Defendants.

---

## DOCUMENT 1

## PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiff Larry LexxLou Flenoid II, appearing in propria persona, sui juris, respectfully moves this Court for leave to file the attached First Amended Complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure.

In support, Plaintiff states:

1. Amendment is sought in good faith.

2. Amendment narrows defendants, clarifies claims, and presents a cleaner pleading.

3. Amendment promotes resolution on the merits.

4. No undue prejudice will result.

**WHEREFORE**, Plaintiff requests leave to file the attached First Amended Complaint.

***Respectfully submitted***

Larry LexxLou Flenoid II

Plaintiff, in propria persona, sui juris

Date: April 16, 2026

---

## DOCUMENT 2

## PROPOSED ORDER

Plaintiff's Motion for Leave to File First Amended Complaint is **GRANTED**.

The Clerk shall file the attached First Amended Complaint as of the date of this Order.

*IT IS SO ORDERED*.


UNITED STATES DISTRICT JUDGE

---

## DOCUMENT 3

## FIRST AMENDED CIVIL RIGHTS COMPLAINT

(Jury Trial Demanded)

## I. INTRODUCTION

1. This is an action under **42 U.S.C. § 1983** for violations of Plaintiff's constitutional rights.

2. Plaintiff seeks relief for unlawful seizure, false arrest, deprivation of liberty, deprivation of property without due process, retaliation, discriminatory treatment, and resulting damages.

---

## II. JURISDICTION AND VENUE

3. Jurisdiction is proper under **28 U.S.C. § 1331** (federal question).

4. Jurisdiction is proper under **28 U.S.C. § 1343** (civil rights).

5. Supplemental jurisdiction exists under **28 U.S.C. § 1367**.

6. Venue is proper under **28 U.S.C. § 1391** because events occurred in Greene County, Missouri.

## III. PARTIES

7. Plaintiff Larry LexxLou Flenoid II is a Missouri resident.

8. Defendant Gold was a deputy acting under color of state law.

9. Defendant Schilling was a deputy acting under color of state law.

10. Defendant Kelley was a deputy acting under color of state law.

11. Greene County is responsible for policies, training, supervision, and discipline.

12. Henry's Towing is a Missouri towing/storage business.

## IV. FACTS

### May 13, 2025 Incident

13. Plaintiff was stopped and detained by deputies.

14. Officers gave shifting reasons including speeding, alcohol suspicion, and tail-light issues.

15. Plaintiff passed sobriety testing.

16. Officers then claimed an Ozark warrant.

17. Plaintiff was not shown warrant paperwork.

18. Plaintiff was jailed approximately five days.

19. Plaintiff's identification and property were withheld.

### November 14, 2025 Incident

20. Plaintiff was arrested by Gold and others.

21. Officers cited suspended license allegations.

22. Plaintiff was told officers did not care about his rights or paperwork.

23. Plaintiff was deprived of liberty and property.

### Discriminatory Treatment

24. Deputies referred to Plaintiff as a "sovereign."

25. Plaintiff alleges the label was used to dismiss and target him after asserting rights.

## Henry's Towing

26. Plaintiff's vehicle was towed and retained.

27. Henry's Towing refused to return personal effects and mail.

28. Plaintiff was told he was banned from the premises.

29. Plaintiff alleges retaliatory retention after asserting lien/claims.

## Witnesses

30. Witnesses include:

- Tabitha Allen

- Susan Scheuler

- KaTrina McCalip

- Jeremy T. Davis

- Dawn FrillMan

- Jessica Baker

- Joshua Woods

- Lyric Flenoid

- Etc.

## Damages

31. Due to deprivation of transportation and property, Plaintiff lost storage units at U-Haul Storage, Dutchtown, St. Louis.

32. Property lost included irreplaceable family items, including remains of Plaintiff's mother and brother.

33. Plaintiff suffered emotional distress, grief, humiliation, and financial loss.

## County Notice

34. Plaintiff made complaints, sent emails, and certified correspondence.

35. No meaningful corrective response was received.

## V. CLAIMS FOR RELIEF

### COUNT I – Fourth Amendment

(Unreasonable Seizure / False Arrest)

36. Plaintiff incorporates prior paragraphs.

37. Defendants seized and arrested Plaintiff without lawful justification and/or probable cause.

### COUNT II – Fourteenth Amendment

(Due Process)

38. Defendants deprived Plaintiff of liberty and property without adequate process.

### COUNT III – First Amendment Retaliation

39. Plaintiff engaged in protected conduct by asserting rights and making complaints.

40. Defendants retaliated through arrests, towing, intimidation, and withholding property.

### COUNT IV – Equal Protection

41. Plaintiff was treated differently after being labeled a "sovereign."

### COUNT V – Municipal Liability Against Greene County

42. Violations were caused by customs, failure to train, failure to supervise, or deliberate indifference.

### COUNT VI – Conversion / Wrongful Retention

43. Henry's Towing wrongfully retained Plaintiff's vehicle, mail, and personal property.

## VI. DAMAGES

44. Plaintiff suffered:

- loss of liberty

- emotional distress

- humiliation

- financial loss

- property loss

- loss of irreplaceable family remains/items

- pain and suffering

---

## VII. RELIEF REQUESTED

Plaintiff requests:

1. Compensatory damages

2. Punitive damages where lawful

3. Declaratory relief

4. Return of property or fair value

5. Costs of suit

6. Trial by jury

7. Any further just relief

---

## VIII. JURY DEMAND

Plaintiff demands trial by jury on all triable issues.

Respectfully submitted,

VCC T-308

Larry Lexx Lou Flenoid II
Plaintiff, in propria persona, sui juris

Date: April 16, 2026

---

## DOCUMENT 4

## CERTIFICATE OF SERVICE

I certify that on April 16, 2026, I served copies of:

1. Motion for Leave to Amend

2. Proposed Order

3. First Amended Complaint

upon all counsel/parties of record by CM/ECF and/or U.S. Mail.

Larry LexxLou Flenoid II

---

## AUTHORITIES

**Pleading Standard**

- **Bell Atlantic Corp. v. Twombly** – complaint must state plausible claim.

- **Ashcroft v. Iqbal** – facts must support legal claims.

**Amendment of Pleadings**

- **Foman v. Davis** – leave to amend should be freely given.

**§1983 Basics**

- **West v. Atkins** – acting under color of state law.

- **Monroe v. Pape** – civil rights remedy against officials.

**County Liability**

- **Monell v. Department of Social Services** – municipalities liable for policy/custom, not automatic employer liability.

**False Arrest / Seizure**

- **Graham v. Connor** – reasonableness under Fourth Amendment.

- **Terry v. Ohio** – stop standards.

- **Gerstein v. Pugh** – probable cause and detention principles.

**Retaliation**

- **Hartman v. Moore** – retaliation framework.

---

## RULES FOR REVIEW

- Fed. R. Civ. P. 8 – short and plain statement

- Fed. R. Civ. P. 10 – numbered paragraphs

- Fed. R. Civ. P. 12(b)(6) – dismissal standard

- Fed. R. Civ. P. 15 – amendment

- Fed. R. Civ. P. 26 – discovery

---

## EVIDENCE TO PRESERVE

- bodycam

- dashcam

- CAD dispatch logs

- jail records

- warrant records

- tow records

- property inventory

- witness statements

- storage records

- certified mail receipts

---