UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| LARRY LEXXLOU FLENOID, II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 6:25-cv-03362-MDH |
| | ) | |
| HENRY'S TOWING SERVICE, LLC et al., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>SUGGESTIONS IN SUPPORT OF MOTION TO CLARIFY ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS OF DEFENDANTS GOLD, SCHILLING, AND KELLEY (Doc. 79)</u>**

COME NOW Defendants Deputy Gold, Deputy Schilling, and Deputy Kelley, by and through their attorneys of record, Keck & Phillips, LLC, and for their Suggestions in Support of their Motion to Clarify Order Granting in Part and Denying in Part Motion to Dismiss of Defendants Gold, Schilling, and Kelley, along with their Motion to Clarify, filed contemporaneously and incorporated by reference herein, and state the following:

These Defendants, along with former Defendant Greene County, Missouri, filed their Motion to Dismiss under Rules 4(m) and 41(b) based on Plaintiff's failure to effect timely service on the Moving Defendants and failure to follow Court orders, and submitted as additional grounds for dismissal failure to state a claim pursuant to Rule 12(b)(6). Doc. 70, p.1. The Court partially granted and partially denied said Motion and declined to dismiss these individual Defendants for failure to state a claim, but reserved analysis of dismissal of the individual claims against these Defendants pursuant to Rules 4(m) and 41(b). Doc. 79, p. 7. These Defendants have not been served or waived

service and believe the time to do so has expired, and do not believe there is any pending deadline to respond to the complaint. *See generally Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 350 (1999), *ref. Omni Capital Int'l, Ltd. v. Rudolf Wolff & Co.*, 484 U.S. 97, 104, 108 (1987). However, if the Court determines this to be incorrect, then these Defendants are unsure on the triggering event that would start the time for a response to the complaint, and yet do not wish to inadvertently waive personal jurisdiction and service of process by filing an Answer. Accordingly, these Defendants respectfully request clarification of the above-referenced Order and if for any reason the Court declines to direct dismissal of these individual Defendants, they would respectfully ask that any pending deadline to Answer be extended until ruling by the Court.

Respectfully submitted,

KECK & PHILLIPS, L.L.C.

By /s/ *Damon S. Phillips*
Damon S. Phillips #52901
3140 E. Division
Springfield, MO 65802
Telephone: (417) 890-8989
Facsimile: (417) 890-8990
Email: damon@kpwlawfirm.com
*Attorneys for Defendants Deputy Gold, Deputy Schilling, and Deputy Kelley*

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document was sent via CM/ECF filing system to all parties of record and by U.S. Mail this 10th day of August 2026 to:

Larry LexxLou Flenoid II
4315 W. LaSiesta
Springfield, MO 65802

*<u>/s/ Damon S. Phillips</u>*
Damon S. Phillips