**PROTECTIVE NOTICE OF APPEAL**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

**LARRY LEXXLOU FLENOID, II,**
Plaintiff,

v. Case No. **6:25-cv-03362-MDH**

**HENRY'S TOWING SERVICE, LLC, et al.,**
Defendants.

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Plaintiff **Larry LexxLou Flenoid, II**, proceeding pro se, appeals to the **United States Court of Appeals for the Eighth Circuit** from the Order entered on **July 30, 2026**, dismissing claims and Defendants and ultimately dismissing this action in its entirety without prejudice, together with any judgment entered pursuant thereto and all interlocutory rulings that merge into the final disposition and are properly reviewable on appeal.

Plaintiff particularly preserves appellate review of the apparent inconsistency between the Court's express denial of the Greene County Defendants' Motion to Dismiss **Count I — Unlawful Detention** and **Count II — Unlawful Seizure/Conversion** against Defendants Gold, Schilling, and Kelly and the subsequent dismissal of the entire action on the stated ground that all Defendants had been dismissed.

Plaintiff has separately sought appropriate relief and clarification from the District Court pursuant to Federal Rules of Civil Procedure 60(a), 60(b)(1), and, if necessary, 62.1.

Respectfully submitted,

**LARRY LEXXLOU FLENOID, II**
Plaintiff, Pro Se

Email: **RLRC.Uhaul@gmail.com**

Date: 08/28/2026

*Larry LexxLou Flenoid II*

Larry LexxLou Flenoid, II

**CERTIFICATE OF SERVICE**

I certify that I served the foregoing Notice of Appeal upon all parties entitled to service through the means permitted under the Federal Rules of Civil Procedure and applicable Court procedures.

Date: 08/28/2026

*Larry LexxLou Flenoid II*

Larry LexxLou Flenoid, II