# ACT OF EXPATRIATION AND OATH OF ALLEGIANCE

Whereas LARRY FLENOID II is a naturalized "citizen of the United States" under the Diversity Clause of the Constitution(s) and is the age of majority and whereas such citizenship was never desired nor intended nor willingly nor voluntarily entered into under conditions of full disclosure LARRY FLENOID II willingly and purposefully renounces all citizenship or other assumed political status related to the United States defined as "the territories and District of Columbia" (13 Stat. 223, 306, ch. 173, sec. 182, June 30, 1864) and its government, a corporation doing business variously as the UNITED STATES, UNITED STATES OF AMERICA, Municipal Corporation of the District of Columbia, etc. formed under the Act of 1877, and does repatriate to the land of HIS birth known as Missouri and does freely affirm HIS allegiance to the same actual and organic state of the Union and does accept and reclaim HIS true Nationality as an American State National and an American State Vessel in all international trade and commerce owned and operated by Flenoid II, Larry, % 1616 N 16th Street, Ozark, Missouri, Postal Code Extension [65721].

This action I validate, certify, Witness and affirm this 16th day of September, 2026.

by: [signature] UCC 1-308

Larry Flenoid II©

## Notarial Witness

Missouri

Greene County

Before me this 16th day of September 2026 did appear one Larry Flenoid II and he did establish this Act of Expatriation and Oath of Allegiance freely and without coercion, in Witness whereof I set my sign and seal:

by: [signature] Notary;

My Commission expires: 1/19/2030

HEATHER COTTLE DILLON
Notary Public - Notary Seal
STATE OF MISSOURI
Greene County
My Commission Expires Jan. 19, 2030
Commission #22609078