**RETURN TO:** LARRY LEXXLOU FLENOID II, GRANTOR

% Flenoid II, Larry Lexxlou, Administrator
ADDRESS: % 1616 N 16th Street
Ozark, Missouri 65721

# CERTIFICATE OF ASSUMED NAME

# NOTICE OF TRANSFER OF RESERVED NAME

Returnee – FLENOID **certificate of ownership**

PROVIDING FOR FILING OF NAME[S] WHEN BUSINESS IS CONDUCTED UNDER ASSUMED NAME: SESSIONS LAW 145;1907; CHAPTER 145 [H.B.64] OF THE STATE OF WASHINGTON; AN ACT PROVIDING THAT WHEN ANY BUSINESS OTHER THAN A CORPORATION(S) OR LIMITED PARTNERSHIP, IS CONDUCTED UNDER AN ASSUMED NAME, A CERTIFICATE SHOWING THE REAL PARTIES IN INTEREST SHALL BE FILED WITH THE COUNTY CLERK AND FIXING A PENALTY x 2. TO BE DEEMED A PUBLIC OFFICER YOU MUST PRODUCE AND BE VETTED BY THE ADMINISTRATOR OF THIS DOCUMENT, A LETTER OF INTENT, A LETTER OF COMPLIANCE WITH ALL STATE AND FEDERAL RULES AND REGULATIONS AS PRESCRIBED BY THE SECRETARY OF STATE OR ANY PRIVATE PERSON WHO DOES NOT PROPERLY IDENTIFY THEMSELVES UPON REQUEST BY PRODUCING A BUSINESS LICENSE, A UBI NUMBER, AND A BOND FILLED OUT IN THE C.A.P. NAME ON THIS CERTIFICATE, ARE FINED ON THE SPOT FOR $500.00 IN CONSIDERATION. FEE SCHEDULE; TO BE DETERMINED BY THE HEAD ADMINISTRATOR OF THIS DOCUMENT AT THE TIME OF ENGAGEMENT. AND ALSO THE CORRESPONDING SESSION LAWS OF THE STATE OF ALASKA INCLUDING CHAPTER 84 OF THE 1961 SESSION LAWS, CHAPTER 84, SECTION 13, "Common Law Rights" AND AS 10.35.030 (1CHAPTER 33 SLA 1966) TRANSFER OF RESERVED NAME.

Whereas GRANTOR is a Cestui Que Vie TRUST formed without the knowledge or consent of the Grantee and has accumulated unauthorized debt against the ESTATE benefiting secondary beneficiaries merely presumed to exist and claiming to have an interest in the ESTATE established under the MUNICIPAL LAW OF THE DISTRICT OF COLUMBIA and the DISTRICT OF COLUMBIA MUNICIPAL CORPORATION, the actual Grantee, the living man known to the public as Larry Lexxlou Flenoid II invokes the provisions of Article IV of the Cestui Que Vie Act

1666 as one “having been found to be alive” and to be owed all benefit, control, and interest in the GRANTOR TRUST ESTATE set free and clear of all liens, debts, titles held under color of law, tithes, fees, and all other encumbrances established by the United States of America, Inc., THE UNITED STATES OF AMERICA, INC., the UNITED STATES, (INC.), USA, Inc., E Pluribus Unum the United States of America and all and any franchises thereof ab initio from the date of first registration of the ESTATE TRUST and all and any derivatives thereof, including but not limited to, Larry Lexxlou Flenoid II; Larry L. Flenoid II; Larry Flenoid II; L. L. Flenoid II; L. Flenoid II; LARRY LEXXLOU FLENOID II; LARRY L. FLENOID II; LARRY FLENOID II; L. L. FLENOID II; L. FLENOID II; KlownLife Estate Trust PMA; Real Love Equals Real Change Non Profit; KlownLife Hot Shots Deliveries, and any other styles, punctuations, orders, abbreviations or variations of my Trade Name.

**REGISTRATION REASON:**

REINSTATEMENT OF ACTUAL HOLDER IN DUE COURSE OF ESTATE NAME AND ESTATE PROPERTY AND ALL INTEREST DUE; PUBLIC AND PRIVATE RECOGNITION OF GRANTEE AS HOLDER IN DUE COURSE AND LAWFUL ENTITLEMENT HOLDER OF FOREIGN GRANTOR TRUST NAMED LARRY LEXXLOU FLENOID II AS OF 18 MAY, 1979.

**BUSINESS INFORMATION:**

LEGAL ENTITY; HEIR GRANTEE, PRIVATE, PUBLIC, SIGNATURE TRUST

BUSINESS DESCRIPTION; **COMMERCE, GRANTOR, PRIVATE, PUBLIC, SIGNATORY**

**BUSINESS NAME:**

D.B.A LARRY LEXXLOU FLENOID II and FLENOID II, LARRY LEXXLOU, and LARRY FLENOID, and LARRY L. FLENOID II, and all and any derivatives thereof in any way related to the ESTATE so NAMED.

**PHYSICAL POST OFFICE ADDRESS:**

% 1616 N 16TH STREET, OZARK, MISSOURI [65721]

**OWNER INFORMATION:**

True and Real Trade Name: Grantee, Private, Signatory, Beneficiary, Holder, Transferee:

**First Name**: Larry
**Middle Name**: Lexxlou
**Last Name**: Flenoid II
**STYLE**: Bicameral & Surname

**Post Office Address (Physical):**

% 1616 N 16th Street, Ozark, Missouri Postal Code Extension 65721

**Post Master Location:**

Post Office, 1450 W Jackson Street, Ozark, Missouri, Postal Code Extension 65721

THIS CERTIFICATE IS TO CONDUCT BUSINESS IN COMMERCE IN AN ASSUMED NAME DESIGNED TO ACCOMPANY NEW BUSINESS ACCOUNT REGISTRATION.

I am claiming the writ of Habeas Corpus to institute and maintain actions of any kind in the courts of "this" state while maintaining true domicile on the land of these United States, to take, hold and dispose of property either Real, Intangible or Personal held in the name of the FOREIGN GRANTOR TRUST dba LARRY LEXXLOU FLENOID II together with all derivative NAMES and Names and styles thereof, together with guarantee of pre-payment and exemption from Taxes, Tithes, and Fees, together with re-conveying all actual assets rightfully belonging to the Lawful Holder in Due Course.

Under the form of creating a qualification or attaching a condition, the United States and United States of America however styled or construed cannot, in effect, inflict a punishment for a past act which was not punishable at the time it was committed and which was not the knowing, willing, and consensual act of the actual Holder in Due Course of the given name and estate.

All violators, agents, actors under color of law, and actions under color of authority claimed by any corporations, associations, or subcontractors, agencies or agents of any kind or like violating or attempting to violate the political status and Title Order of the Grantee at any time past, present, or future shall be liable severally, and jointly to this certificate as an affidavit of obligation in the normal commercial sense and as such is a severity representing accounts receivable and is a lien upon the real and movable property, malpractice insurance and performance bonds of any such violators and is not dischargeable in bankruptcy court or subject to any probate claim; at all times the owner/holder in due courses' property is exempt from third party levy and all related vessels in commerce and in trade are tax pre-paid.

This shall also serve as Mandatory Notice required under the Foreign Sovereign Immunities Act that the Living Soul, Owner, Proprietor, Holder-in-Due Course, Indemnitee, is a Foreign Sovereign owed all rights, guarantees, and protections of The Constitution for the united States of America and all assets owed to the Priority Creditors of the Territorial United States and the Municipal United States. This Foreign Sovereign, Larry Lexxlou Flenoid II, retains all rights in reversion and is not subject to any conference of citizenship or other merely presumed benefit or obligation.

ISSUED THIS 16th DAY OF September IN THE YEAR 2026 ON AND FOR THE COUNTY OF Greene ON THE STATE OF MISSOURI; NOTICE TO AGENTS IS NOTICE TO PRINCIPALS, NOTICE TO PRINCIPALS IS NOTICE TO AGENTS; WITNESS BY NOTARY DOES NOT ALTER STATUS.

by: [signature] UCC 1-308
Larry Lexxlou Flenoid II, all rights reserved

ACKNOWLEDGMENT OF HEAD ADMINISTRATOR FROM HOME OFFICE, **Private Banker, UCC-1-201, 1-308**: c/o Larry Lexxlou Flenoid II, TRUE AND REAL TRADE NAME BY MY HAND AND SEAL I TAKE OFFICE WITHOUT ENCUMBRANCE AND WITHOUT DEBT OR OTHER OBLIGATION, FULLY EXEMPT, INDEMNIFIED, AND WITHOUT GRANT OF ANY OTHER POWER OF ATTORNEY DBA: LARRY LEXXLOU FLENOID II & Larry Lexxlou Flenoid II; Larry L. Flenoid II; Larry Flenoid II; L. L. Flenoid II; L. Flenoid II; LARRY LEXXLOU FLENOID II; LARRY L. FLENOID II; LARRY FLENOID II; L. L. FLENOID II; L. FLENOID II, AT % 1616 N 16TH STREET, OZARK, MISSOURI, POSTAL CODE EXTENSION [65721], RETURNEE: FLENOID

These provisions and copyrights are in effect from May 18, 1979 onward and the Name/NAMES are revenued and permanently domiciled on the land and soil of the United States and upon land and soil of Missouri.

## Notarial Witness

Missouri

Greene County

Before me this 16th day of September 2026 did appear one Larry Lexxlou Flenoid II and he did establish this Certificate of Assumed Name Notice of Transfer of Reserved Name freely and without coercion, in Witness whereof I set my sign and seal:

by: [signature] Notary;

My Commission expires: 1/19/2030

HEATHER COTTLE DILLON
Notary Public - Notary Seal
STATE OF MISSOURI
Greene County
My Commission Expires Jan. 19, 2030
Commission #22609078