**Paramount Claim of the Life and the Estate**
of the Larry Lexxlou Flenoid II
Born 18 May 1979 in Saint Louis, Missouri
Larry Flenoid Sr. X Rosie Lee Flenoid
Wedded [ - - - - ]
St. Louis, Missouri
The United States of America

Whereas I, the living man known as Larry Lexxlou Flenoid II, am the result of the life and love and physical embodiment of my parents, the living man known as Larry Flenoid Sr. and the living woman known as Rosie Lee Flenoid (née Reese) who were lawfully wedded in St. Louis, Missouri, now therefore I am their living son from the moment of conception and from the first combining of their unique genetic code to create my unique genetic code and my zygote in support of my physical embodiment then and now, and as I am the only true and surviving inheritor, I hereby publish my claim and recording of the facts:

The Afterbirth composed of a placenta, umbilical cord, and fetal tissues which accompanied me into this world and which was in possession of my DNA was never a viable separate living organism and was instead a portion of my flesh akin to any hair, skin, or other representation of my genetic content, that was not abandoned, not donated, and not returned to me or my parents for burial. No separate estate, living status, ownership interest or death apart from my own life may be claimed in behalf of the Afterbirth or other waste resulting from my birth, from my shedding of hair, my shedding of skin, the deposit of my fingerprints or any other DNA-containing substance whatsoever.

I hereby establish my Paramount Claim upon my unique DNA as the only lawful and living inheritor thereof from the moment of my conception forward and I also publish my nullification of any claim of ownership or material interest in my DNA based upon samples procured from any bodily waste or substance for any purpose.

As witness to my claims I here affix the Signature and Seal of my Lawful Person, retaining all rights and prerogatives thereof:

by: [signature] UCC 1308
Larry Lexxlou Flenoid II
Living Soul. All rights Reserved

**Notarial Witness**

Missouri
Greene County

Before me this 14th day of September 2026 did appear one Larry Lexxlou Flenoid II and he did establish this Paramount Claim of the Life and the Estate freely and without coercion, in Witness whereof I set my sign and seal:

by: [signature] Notary;
my commission expires on: 1/19/2030

HEATHER COTTLE DILLON
Notary Public - Notary Seal
STATE OF MISSOURI
Greene County
My Commission Expires Jan. 19, 2030
Commission #22609078

[108.13]