# Notice of Intent — Fee Schedule

## 1. Combined MUNICIPAL and Territorial Notices of Violation(s) against Americans and Failure(s) to Perform any or all occurrences $10,000,000.00

a. **NOTICE OF CLAIM** of "sole relief and remedy" under Title 50 Section 7 (c) and (e) of 2012.

b. **Notice of Violation of Lanham Act** — attempted attachment and seizure of Unregistered Trademarks; Title 15, Section 1125 (a)and 11.

c. **Notice of Violation of Admiralty, Maritime and Prize Cases**, Title 28, Section 1331 (1) and (2) and (12).

d. **Notice of Violation of Special Maritime and Territorial Jurisdiction of the United States**, Title 18 Section 7 (1), (3), (8) and (13).

e. **Notice of Violation of The Postal Accountability and Enhancement Act** of Title 39, Sections 1-908 and 3621-3591.

f. **Notice of Violation by Presumption of the Public Vessels Act**, 46 U.S.C.A. Appendix Sections 781-790 as originally enacted.

g. **Notice of Violation of The False Claims Act**, Title 31 U.S.C.A. Section 3729 (a) and (7).

h. **Notice of Violation of The Foreign Sovereign Immunities Act**, Title 28, Sections 1602-1611.

i. **Notice of Violation of the United States Statutes-at-Large**, Title 12, Section 411.

j. **Notice of Administrative Failure** by the IRS/Internal Revenue Service for Failure to Produce Credit Vouchers and Proof of Claim as required by the Administrative Procedures Act, the Emergency Banking Act, and the United States Statutes-at-Large, Title 12, Section 411.

k. **Notice of Violation of the Geneva Conventions** by the United States Department of Defense and United States Department of the Treasury; failure to protect and defend our Persons.

## 2. Private Easements Schedule

| | |
|---|---|
| Penalty for Private Use | $ 250,000.00 |

These fees will be mandated upon the informant listed on the traffic citation ticket(s), arrest warrants, detention orders, seizure orders.

**Produce trade name materials:**

| | | |
|---|---|---|
| a. | Name | $ 50,000.00 |
| b. | Drivers License Number | $ 50,000.00 |
| c. | Social Security Number | $ 100,000.00 |
| d. | Retinal Scans | $ 5,000,000.00 |
| e. | Fingerprinting | $ 200,000.00 |
| f. | Photographing | $ 200,000.00 |
| g. | DNA | $ 5,000,000.00 |
| 1. | Mouth swab | $ 5,000,000.00 |
| 2. | Blood samples | $ 5,000,000.00 |
| 3. | Urine samples | $ 5,000,000.00 |
| 4. | Breathalyzer testing | $ 5,000,000.00 |
| 5. | Hair samples | $ 5,000,000.00 |
| 6. | Skin samples | $ 5,000,000.00 |
| 7. | Clothing samples | $ 5,000,000.00 |
| 8. | Forced giving of fluids/samples | $ 5,000,000.00 |

**Issue Traffic citations and tickets of any traffic nature:**



Case 6:25-cv-03362-MDH Document 99-3 Filed 09/19/26 Page 1 of 6

# Notice of Intent — Fee Schedule

| | |
|---|---|
| h. Citations | $ 60,000.00 |
| i. Warning issued on Paper Ticket | $ 25,000.00 |
| **Appearance in court because of traffic citations:** | |
| j. Time in court with 1 hour minimum | $ 75,000.00 |
| k. If Fine is imposed | $ 500,000.00 |
| **Car / Personal Property Trespass, Carjacking, Theft, Interference with Commerce,** | |
| l. Agency by Estoppel | $ 50,000.00 |
| m. Color of Law | $ 150,000.00 |
| n. Implied Color of Law | $ 150,000.00 |
| o. Criminal Coercion | $ 500,000.00 |
| p. criminal Contempt of court | $ 500,000.00 |
| q. Estoppel by Election | $ 350,000.00 |
| r. Estoppel by Laches | $ 350,000.00 |
| s. Equitable Estoppel | $ 500,000.00 |
| t. Fraud | $ 1,000,000.00 |
| u. Fraud upon the court | $ 2,000,000.00 |
| v. Larceny | $ 250,000.00 |
| w. Grand Larceny | $ 250,000.00 |
| x. Larceny by Extortion | $ 1,000,000.00 |
| y. Larceny by Trick | $ 1,000,000.00 |
| z. Obstruction of Justice | $ 100,000.00 |
| aa. Obtaining Property by False Pretenses | $ 1,000,000.00 |
| bb. Simulating Legal Process | $ 1,000,000.00 |
| cc. Vexatious Litigation | $ 5,000,000.00 |
| dd. Trespass upon Motor Conveyance | $ 100,000.00 |
| ee. Unauthorized Relocation of Motor Conveyance | $ 100,000.00 |
| ff. Seizure of Motor Conveyance | $ 100,000.00 |
| gg. Theft of License Plate | $ 10,000.00 |
| hh. Unlawful Lien on Motor Conveyance | $ 50,000.00 |
| **Use of trade name protected material under threat, duress, and/ or coercion:** | |
| ii. Name written by the informant | $ 250,000.00 |
| jj. Drivers License written by informant | $ 150,000.00 |
| kk. Social Security Number written by informant | $ 150,000.00 |
| ll. Miscellaneous Material written by informant | $ 500,000.00 |
| **Produce any personal information/property for any kind of business interaction:** | |
| mm. Financial Information | $ 100,000.00 |
| nn. Property inside of motor vehicle | $ 150,000.00 |
| **Time Usage for traffic stops:** | |
| 30 minutes/30 minutes minimum | $ 5,000.00 |
| 60 minutes | $ 10,000.00 |
| 90 minutes | $ 15,000.00 |

## 3. Court Appearance Schedule

# Notice of Intent — Fee Schedule

These fees MUST be paid immediately after my case is finished. Failure to pay fines and fees will have an additional fee of $5,000.00 for breach of contract.

## Demand for Appearance in court:

| | |
|---|---|
| **a. My Appearance** | |
| 1. Under protest and duress; Per hour, 1 hour min. | $ 75,000.00 |
| 2. Voluntarily | $ 10,000.00 |
| **Use of trade name material** | |
| **b. Name** | |
| 1. Under protest and duress: | $ 25,000.00 |
| 2. Voluntarily | $ 10,000.00 |
| **c. Drivers License** | |
| 1. under protest and duress: | $ 25,000.00 |
| 2. Voluntarily | $ 10,000.00 |
| **d. Social Security Number** | |
| 1. under protest and duress: | $ 25,000.00 |
| 2. Voluntarily | $ 10,000.00 |
| **e. Miscellaneous Material** | $ 25,000.00 |
| **Produce any personal information for any kind of business interaction:** | |
| f. Financial Information | $ 10,000.00 |
| g. Drivers License | $ 10,000.00 |
| h. Social Security Number | $ 250,000.00 |
| i. Any documents produced by me — per document | $ 10,000.00 |

## Time usage for court appearances:

| | |
|---|---|
| **j. 30 minutes** | |
| 1. Under Protest and Duress | $ 33,500.00 |
| 2. Voluntarily | $ 10,000.00 |
| **k. 60 minutes** | |
| 1. 60 minutes | $ 75,000.00 |
| 2. Voluntarily | $ 20,000.00 |
| **l. 90 minutes or more** | |
| 1. Under Protest and Duress | $ 100,500.00 |
| 2. Voluntarily | $ 30,000.00 |

## 4. Trespass-Fee Schedule

**Trespass** by public official(s), police officer(s), judge(s), attorney(s), Corporation(s)and other fictional entities as well as all others who desire to contract:

| | |
|---|---|
| a. Trespass on American Homestead Land | $ 10,000,000.00 |
| b. Trespass of American Land Patent | $ 10,000,000.00 |
| c. Failure of Attorney to File requested FARA Form | $ 1,000,000.00 |
| d. Failure to Accept American State National Card | $ 1,000,000.00 |
| e. Failure to honor God Given Rights | $ 20,000.00 |
| f. Failure to honor Oath of Office | $ 50,000.00 |
| g. Failure to honor Constitutional Oath | $ 50,000.00 |

# Notice of Intent — Fee Schedule

| | | |
|---|---|---|
| h. | Failure to honor Written and/or Oral Word | $ 5,000.00 |
| i. | Silence/Dishonor/Default | $ 5,000.00. |
| j. | Failure to honor /No Bond | $ 5,000.00 |
| k. | Phone call to telephone number used by Secured Party including from alleged debt collectors | $ 5,000.00 each |
| l. | Telephone message left on Secured Party phone Service or equipment | $ 5,000.00 each |
| m. | Use of Street Address/Mailing location of Secured Party | $ 5,000.00 each |
| n. | Time Waiting for Scheduled Service Minimum | $ 1,000.00 per hour |
| o. | Detention from Free Movement and/or cuffed Minimum | $ 75,000.00 per hour |
| p. | Incarceration $ 75,000 Minimum or per hour | |
| q. | Failure to Follow Federal and/or State Statutes, Codes, Rules and/or Regulations | $ 50,000.00 |
| r. | Failure to State a Claim upon which Relief Can Be Granted | $ 25,000.00 |
| s. | Failure to Present a Living Injured Party | $ 100,000.00 |
| t. | Failure to Provide Contract Signed by the Parties | $ 100,000.00* |
| u. | Failure to Provide IRS 1099OID(s), and Other IRS Reporting Form(s) Requirements upon Request | $ 100,000.00* |
| v. | Default By Non Response or Incomplete Response | $ 100,000.00* |
| w. | Fraud | $ 1,000,000.00* |
| x. | Racketeering | $ 1,000,000.00* |
| y. | Theft of Public Funds | $ 1,000,000.00* |
| z. | Dishonor in Commerce | $ 1,000,000.00* |
| aa. | Failure to pay Counterclaim in full within (30) Thirty Calendar Days of Default as set forth herein | $ 1,000,000.00** |
| bb. | Perverting of Justice Judgment | $ 1,000,000.00* |
| cc. | Use of Common-law Trade-name/Trade-mark After One Warning (per each occurrence) | $ 50,000.00 Each |
| dd. | Forcing psychiatric evaluations | $ 500,000.00 per day |
| ee. | Refusal to provide adequate and proper nutrition while incarcerated | $ 50,000.00 per day |
| ff. | Refusal to provide proper exercise while incarcerated | $ 50,000.00 per day |
| gg. | Refusal to provide proper dental care while Incarcerated | $ 50,000.00 per day |
| hh. | Forced giving of body fluids | $ 5,000,000.00 per day |
| ii. | Forced injections/inoculations, vaccines | $ 5,000,000.00 per day |
| jj. | Forced separation from marriage contract | $ 160,000.00 per day |
| kk. | Confiscation/kidnapping of a body not a USCitizen | $ 1,600,000.00 per day |
| ll. | Corporate State continuing a mortgage for more than five years in violation of Banking Act of 1864 which takes precedence over current Statutes at large | $ 1,600,000.00 per day |
| mm. | Attempted extortion of funds from birth certificate account, Social security account or any other associated accounts by fraud, deception and or Forgery by any agent, entity or corporation Minimum per count or charge | $ 6,000,000.00 |
| nn. | Attempted extortion of signature per count or charge | $ 6,000,000.00 |
| oo. | Attempted forgery of signature per count or charge | $ 6,000,000.00 |
| pp. | Installation of a "Smart Meter" on homestead each | $1,000,000,000,000.00 |

# Notice of Intent — Fee Schedule

## 5. Kidnapping

| | | |
|---|---|---|
| **(If an alleged officer removes free soul more than 5 feet from free soul's property without just cause, it IS kidnapping)** | $ | 500,000.00 |

**Services to others and/or Corporation(s):**

| | | |
|---|---|---|
| a. Studying | | |
| 1. Voluntarily; per hour | $ | 500.00 per hour |
| 2. Under threat, duress, coercion | $ | 75,000.00 per hour |
| b. Analyzing | | |
| 1. Voluntarily; per hour | $ | 500.00 per hour |
| 2. Under threat, duress, coercion | $ | 75,000.00 per hour |
| c. Research | | |
| 1. Voluntarily; per hour | $ | 500.00 per hour |
| 2. Under threat, duress, coercion | $ | 75,000.00 per hour |
| d. Preparing Documents | | |
| 1. Voluntarily; per hour | $ | 500.00 per hour |
| 2. Under threat, duress, coercion | $ | 75,000.00 per hour |
| e. Answering Questions | | |
| 1. Voluntarily; per hour | $ | 500.00 per hour |
| 2. Under threat, duress, coercion | $ | 75,000.00 per hour |
| f. Providing Information | | |
| 1. Voluntarily; per hour | $ | 500.00 per hour |
| 2. Under threat, duress, coercion | $ | 5,000.00 per hour |

Total damages will be assessed as the total amount of the damages as set forth herein times three (3) for a total of all damages added to three (3) times the damages for punitive or other additional damages.

* Per Occurrence and Includes any Third Party Defendant

** All claims are stated in US Dollars which means that a US Dollar will be defined, for this purpose as a One Ounce Silver Coin of .999 pure silver or the equivalent par value as established by law or the exchange rate, as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as set forth herein; if the claim is to be paid in Federal Reserve Notes, Federal Reserve Notes will only be assessed at Par Value as indicated above.

**If invoiced, payment is due 15 days after receipt date unless otherwise indicated.**

**Make all payments to:**

**Larry Lexxlou Flenoid II**
**c/o 1616 N 16th Street**
**Ozark, Missouri**
**Postal Code 65721**
**Non Domestic, Zip Exempt**
**Without the United States**

# Notice of Intent — Fee Schedule

## To All Entities and ENTITIES however named, styled or punctuated:

The annexed Notice of Intent – Fee Schedule is a schedule of mandatory fees instated by the American First Priority Creditor, Larry Lexxlou Flenoid II ©, Authorized Representative on behalf of LARRY FLENOID II ©; LARRY L. FLENOID II ©; LARRY L FLENOID II ©; and LARRY LEXXLOU FLENOID II ©. I, Larry Lexxlou Flenoid II ©, do hereby set forth fees to be instated in any business dealing with LARRY FLENOID II ©; LARRY L. FLENOID II ©; LARRY L FLENOID II ©; and LARRY LEXXLOU FLENOID II © also including Proper Case Styling, for any business conducted relevant to this schedule. In the event that invoicing becomes necessary, invoiced amounts are due fifteen days after day of receipt, unless otherwise indicated. If said fees are not met, it is the right of the Priority Creditor, Larry Lexxlou Flenoid II ©™, to refuse or void any form of business interaction and/or transaction. Fees are subject to change at any time without prior notice and can be accelerate under UCC 1-305. First Priority Creditor, Larry Lexxlou Flenoid II ©™, is the only Authorized Representative to alter, void, and/or enforce said fees and may do so at any time.

All Rights Reserved,

By: [signature] UCC 1-308 ©
Larry Lexxlou Flenoid II ©, American State National
First Priority Creditor, Authorized Representative
All Rights Reserved Without Prejudice

## Notarial Witness

Missouri State

Greene County

A living man affirmed before me, a Recording Secretary/Notary, on this 16th day of September, 2026, that Larry Lexxlou Flenoid II, personally appeared and known to me to be the man whose name is referenced within the instrument and acknowledged to be the same.

Autograph: [signature]

My Notary Commission expires (Not Applicable for Recording Secretaries):

1/19/2030

HEATHER COTTLE DILLON
Notary Public - Notary Seal
STATE OF MISSOURI
Greene County
My Commission Expires Jan. 19, 2030
Commission #22609078