# Private Declaration of Independence and Identification in Affidavit Form

**Notice to Agent is Notice to Principal**

Be it known by all whom it may concern. I was born on May 18 of 1979;

# Larry Lexxlou Flenoid II

am flesh and blood, of free will, an Independent Living Being (ILB) in body, mind and soul. My first breath bestowed my independence; Creators unalienable right to my life and inalienable right to the property of my effort within equal rights of all others.

All that is identified upon and within this document is the possession of Divine Creator placed into the safe-keeping of the uniquely identified ILB, whose Codes, essence, image, and shown name(s), belong(s) to me, henceforth my inheritance and rights without obligation, without ownership interest actual or implied otherwise belonging; every trespass forbidden by Creator's (common) natural law.

Regardless of mistake of fact, mistake of law, misrepresentation, fraud, constructive fraud, duress and/or coercion, all previous signature(s), registrations, applications, legal or fictional names are rescinded Nunc pro tunc, all documents, service corporation contracts, incurred debt responsibilities, rendered void ab initio; terminated thereby, without my express ILB consent following full disclosure.

Trespass fine is set at $100,000.00 per man or woman involved;
$200,000.00 per each additional trespass.

This Private Declaration of Independence is inclusive henceforth and hereafter of my...

## Identification in the form of an Affidavit

comprised of the following Identification Codes, uniquely belonging to me and my names(s) shown above, and to no other Independent Living Being (ILB).



**ILB Life Code:** **560-124-074451661**
**Private Property Code:** **8-DSP-0-1551**
**National of:** **The United States of America**
**On:** **Missouri**

Because these unique codes contain my immutable (exclusive) bio-genetic data, they are my 'autograph' of this document.

[129.560.0]