**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 26-2756

Larry LexxLou Flenoid, II

Appellant

v.

Henry's Towing Service, LLC, et al.

Appellees

---

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:25-cv-03362-MDH)

---

**MANDATE**

In accordance with the judgment of October 19, 2026, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

November 17, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit